**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7738**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ORVILLE ISAAC WRIGHT,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CR-95-76-BR)

Submitted: June 30, 2006                   Decided: July 17, 2006

Before WILLIAMS and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Orville Isaac Wright, Appellant Pro Se. John Stuart Bruce, Christine Witcover Dean, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Isaac Wright appeals the district court's orders denying his "Motion for Reduction of Term of Imprisonment 'Nunc Pro Tunc'" pursuant to 18 U.S.C. § 3582(c)(2) (2000) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the denial of Wright's motion for reduction of term of imprisonment for the reasons stated by the district court. See United States v. Wright, No. CR-95-76-BR (E.D.N.C. June 28, 2005). Moreover, the district court did not abuse its discretion when it denied Wright's motion for reconsideration.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED